IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES EDWARD WALLACE,   )<br>                          )<br>     Plaintiff,         )<br>                          )<br>     v.                   )<br>                          )<br>DR. CHEN XIONGYING EAGLE, )<br>et al.,                   )<br>                          )<br>     Defendants.        ) | CIVIL ACTION NO.<br>2:15cv448-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed a lawsuit asserting that the defendant medical providers negligently stopped treatment for his serious medical condition. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are the plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate

judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 4th day of September, 2015.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**